UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRUD ROSSMANN,

    Plaintiff,

v.

DAVID ALDOUBY, Judge,

    Defendant(s).

Case No. 25-cv-07082-CRB (PR)

**ORDER OF DISMISSAL**

    While Plaintiff Brud Rossman was incarcerated at the Maryland Reception, Diagnostic and Classification Center, he filed the instant pro se action alleging various wrongdoing by Judge David Albouby of the District Court for Baltimore City, Maryland, in connection with plaintiff's criminal prosecution in Maryland state court. Plaintiff raised the same general allegations of judicial wrongdoing in at least one prior prisoner complaint which was dismissed with prejudice. See Rossmann v. Albouby, No. 25-cv-02636-PX (D. Md. Sept. 29, 2025) (order of dismissal).

    A prisoner complaint that merely repeats pending or previously litigated claims may be considered abusive and dismissed under the authority of 28 U.S.C. § 1915A. Cf. Cato v. United States, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995) (citing Bailey v. Johnson, 846 F.2d 1019, 1021 (5th Cir. 1988)) (duplicative in forma pauperis complaint may be considered abusive and dismissed under 28 U.S.C. § 1915). Because plaintiff raised and litigated the same general allegations and claims of judicial wrongdoing raised herein in a prior prisoner complaint that was dismissed with prejudice, the instant complaint is deemed duplicative and abusive under § 1915A.

    This action is DISMISSED as duplicative under the authority of 28 U.S.C. § 1915A(b).

    The clerk is instructed to close the file.

    **IT IS SO ORDERED**.

Dated: October 8, 2025

_____
CHARLES R. BREYER
United States District Judge